```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| MARIA I. COX, | : |
|     Plaintiff, | : |
| vs. | : |
| MICHAEL J. ASTRUE, | CIVIL ACTION 11-0483-M |
| Commissioner of | : |
| Social Security, | : |
|     Defendant. | : |

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Maria I. Cox.

DONE this 22nd day of March, 2012.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE