```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

MARIA I. COX,                         :

    Plaintiff,                    :

vs.                                   :
                                          CIVIL ACTION 11-0483-M
MICHAEL J. ASTRUE,                    :
Commissioner of
Social Security,                      :

    Defendant.                    :

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Maria I. Cox.

DONE this 22nd day of March, 2012.

                                                     <u>s/BERT W. MILLING, JR.</u>
                                                   UNITED STATES MAGISTRATE JUDGE